# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-322-LDG-CWH |
| Plaintiff, | |
| vs. | **Stipulation to Extend the Deadline for Government's Response to Defendant's § 2255 motion** |
| JORGE L. MACHADO, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Response deadline is May 31, 2017.

DATED this 24 day of ___May___, 2017.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE