Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 18, 2022**

Name of Offender: **Jorge L. Machado**

Case Number:  **2:11CR00322**

Name of Sentencing Judicial Officer: **Honorable Lloyd D. George**

Date of Original Sentence: **October 3, 2012**

Original Offense: **Ct 1: Armed Bank Robbery; Ct 2: Brandishing Firearm During a Crime of Violence; Ct 3: Armed Bank Robbery; Ct 5: Armed Bank Robbery; Ct 7: Armed Bank Robbery**

Original Sentence: **162 Months prison, followed by 60 Months TSR.**

Projected release date: **April 19, 2023**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

By way of case history, Mr. Machado was sentenced on October 3, 2012, to 162 months custody followed by 5 years supervised release after pleading guilty to Ct 1: Armed Bank Robbery; Ct 2: Brandishing Firearm During a Crime of Violence; Ct 3: Armed Bank Robbery; Ct 5: Armed Bank Robbery; Ct 7: Armed Bank Robbery. Mr. Machado will begin supervised release on April 23, 2023.

Upon his release from custody, Mr. Machado will be homeless.  At this time, due to his lack of financial and family support, it is requested that his conditions of supervised release be modified to include placement at the Residence Re-entry Center (RRC) for a period up to 120 days. It is believed that during this time, Mr. Machado will be able to obtain adequate financial means to

RE: Jorge L. Machado

Prob12B
D/NV Form
Rev. June 2014

obtain his own residence. Mr. Machado does not oppose the requested modification as indicated by his signature on the attached waiver of hearing form.

Please contact the undersigned officer at (702) 527-7256 if you have any questions.

Respectfully submitted,

_____
Digitally signed by Erica Denney
Date: 2022.01.18 12:51:43 -08'00'

Erica Denney
U.S. Probation Officer

Approved:

_____
Digitally signed by Joy Gabonia
Date: 2022.01.18 12:11:39 -08'00'

Joy Gabonia
Supervising U.S. Probation Officer

### THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☑   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

_____
RICHARD F. BOULWARE, II
United States District Judge

March 2, 2022
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 120 days. You must follow the rules and regulations of the center.

Witness _____  (Digitally signed by Erica Denney, Date: 2022.01.18 11:19:54 -08'00')
U.S. Probation Officer

Signed _____  Jorge L Machado
Probationer or Supervised Releasee

Date  1/16/2022